IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

DENIS GACK,

        Defendant.

ORDER

13-cr-93-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this ___21st___ day of August, 2013.

BY THE COURT:

/s/ Barbara B. Crabb
BARBARA B. CRABB
District Judge

1